AO 455(Rev. 5/85) Waiver of Indictment



# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**

JUN 2 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _ET_                    DEPUTY

UNITED STATES OF AMERICA

v.

JUAN REYES-HERNANDEZ

**WAIVER OF INDICTMENT**

CASE NUMBER: _08MJ8467_
_08CR2070-LAB_

     I, <u>JUAN REYES-HERNANDEZ</u>, the above named defendant, who is accused of committing the following offense:

     Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _June 23, 2008_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Juan Reyes_
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer